IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICK SPANGOLO** | : | CIVIL ACTION NO. 1:CV-14-855 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| **SPECIAL DIRECTORY DELIVERY SERVICES, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a May 13, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is **GRANTED** solely for the purpose of this action.

3) Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

4) The Clerk of Court shall close the file.

s/ Yvette Kane
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania

Dated: June 2, 2014